1026

THE STATE OF WASHINGTON, *Respondent*, v. SKY STEVEN THOMAS MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-05691-2, Paris K. Kallas, J., entered September 9, 2005. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. ANH VU NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-11286-2, Douglas D. McBroom, J., entered November 21, 2005. *Affirmed* by unpublished per curiam opinion.

*In the Matter of the Detention of* PAUL MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-06693-1, George N. Bowden, J., entered March 21, 2006. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. QUINCLYN ALANDUS JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-13747-5, Michael J. Fox, J., entered May 1, 2006. *Affirmed* by unpublished per curiam opinion.